S. R. LANGSTON, *Plaintiff in Error*, v. J. M. GORNTO, AS RE-
CEIVER OF THE CITIZENS BANK OF MAYO, A CORPORATION,
*Defendant in Error*.

Division A.

Opinion Filed October 20, 1925.

The judgment in this case is reversed upon the authority of
Chavous v. Gornto, — Fla, —, 102 South. Rep. 754.

A Writ of Error to the Circuit Court for Lafayette
County; M. F. Horne, Judge.

*W. P. Chavous*, for Plaintiff in Error;

*J. M. Gornto* and *Hal W. Adams*, for Defendant in Error.

WEST, C. J.—This is an action by the receiver against a
stockholder of an insolvent State Bank to enforce payment
by the stockholder of an assessment made against him by
the Comptroller of the State. There was a demurrer to the
declaration, which was overruled. Subsequently pleas were
filed, four sets in all during the progress of the action, all
of which went out either upon motion to strike or demurrer.
Final judgment thereupon was entered for plaintiff. The
ruling on the pleadings and the entry of judgment are the
basis of the assignments of error.

The case requires only brief discussion, since all the points
presented have previously been considered and decided.
Chavous v. Gornto, — Fla. —, 102 South. Rep. 754.

The action is predicated upon the same assessment by
the Comptroller against the stockholders of the same bank,
as in the above cited case, the only difference in that case
and this being the stockholder against whom as defendant
the action was brought.

Of the last series of pleas filed the first and second were stricken on motion. The first of these denied that the defendant owned or ever had owned any interest in any of the capital stock of the bank. The second avers discharge of the claim sued on by payment. The ruling striking these pleas was error, and the judgment must be reversed upon authority of Chavous v. Gornto, *supra.* There is no error in the ruling sustaining demurrers to pleas three to nine inclusive.

Reversed.

ELLIS AND TERRELL, J. J., concur.

WHITFIELD, P. J., AND STRUM AND BROWN, J. J., concur in the opinion.